UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80086-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACKSON MONESCAR,

    Defendant.
_____/

FILED by _JM_ D.C.
DEC - 6 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, JACKSON MONESCAR, appeared before the Court on November 25, 2013. The Defendant is charged with the following violations: (1) on or about October 15, 2013 submitting a urine sample that tested and was confirmed positive for marijuana; and (2) being discharged from the Residential Reentry Center on or about July 11, 2013 for using cell phone where prohibited, kissing a female resident, and by leaving staff presence twice and drinking excessive amounts of water after being asked for a urine specimen.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior

United States District Court Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley, within fourteen days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 6 day of December, 2013.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court

2