*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 07-80086-CR-HURLEY

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

v.

**JACKSON MONESCAR,**
  **Defendant.**
-------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 72], dated December 6, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, January 9, 2014,** at **10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 23rd day of December, 2013.

**copy furnished:**
AUSA John C. McMillan, Jr.
Thomas R. Garland, Esq.
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge